|  | UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION |
|---|---|
| UNITED STATES JUDICIAL PANEL on MULTIDISTRICT LITIGATION | Oct 30, 2008 FILED CLERK'S OFFICE |

FILED
NOV 17 2008
J. T NOBLIN, CLERK
BY _____ DEPUTY

IN RE: PREMPRO PRODUCTS LIABILITY LITIGATION

MDL No. 1507

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-151)

On March 4, 2003, the Panel transferred five civil actions to the United States District Court for the Eastern District of Arkansas for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 254 F.Supp.2d 1366 (J.P.M.L. 2003). Since that time, 7,860 additional actions have been transferred to the Eastern District of Arkansas. With the consent of that court, all such actions have been assigned to the Honorable William R. Wilson, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Arkansas and assigned to Judge Wilson.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Arkansas for the reasons stated in the order of March 4, 2003, and, with the consent of that court, assigned to the Honorable William R. Wilson, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Arkansas. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Nov 17, 2008

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: PREMPRO PRODUCTS LIABILITY
LITIGATION                                                                    MDL No. 1507

## SCHEDULE CTO-151 - TAG-ALONG ACTIONS

**DIST.** **DIV.** **C.A. #**     **CASE CAPTION**

MINNESOTA
~~MN~~   ~~0~~   ~~06-3112~~   ~~Natalie Beylin, et al. v. Wyeth, et al.~~ Opposed 11/14/08
MN   0   06-5035   Anna Perkins, et al. v. Wyeth, Inc., et al.
MN   0   06-5037   Myrtle Adams, et al. v. Wyeth, Inc., et al.
MN   0   06-5039   Eunice Robinette v. Wyeth, Inc., et al.
MN   0   06-5047   Linda Muncy v. Wyeth, Inc., et al.
MN   0   06-5050   Margaret Blair v. Wyeth, Inc., et al.
MN   0   06-5051   Peggy Roop, et al. v. Wyeth, Inc., et al.
MN   0   06-5055   Teresa Adams v. Wyeth, Inc., et al.
MN   0   08-5354   Bonaida Fuentes v. Wyeth, et al.
MN   0   08-5448   Julia Montano v. Wyeth, et al.
MN   0   08-5449   Ruby Smith v. Bristol-Myers Squibb Co.

MISSISSIPPI SOUTHERN
MSS   5   08-297   Laura A. Carter v. Wyeth, et al.